UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 08/16/2021

DANIEL G. ERDMAN, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

                 v.

CARLOTZ, INC., *et al.*,

                              Defendants.

*and*

MICHAEL S. WIDUCK, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

                 v.

CARLOTZ, INC., *et al.*,

                              Defendants.

*and*

MICHAEL TURK, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

                 v.

CARLOTZ, INC., *et al.*,

                              Defendants.

21-CV-5906 (RA)
21-CV-6191 (RA)
21-CV-6627 (RA)


ORDER

RONNIE ABRAMS, United States District Judge:

These related putative securities class actions have been assigned to me. Each action names the same three Defendants, and counsel has appeared on behalf of Defendants in the first filed action, *Erdman v. CarLotz, Inc., et al*. No later than August 30, 2021, the parties are directed to meet and confer and to

inform the Court by joint submission whether (1) any party anticipates moving to consolidate these actions; and (2) if so, proposing a common schedule by which the motions for consolidation and the selection of lead plaintiff/counsel will be submitted, keeping in mind the statutory requirements set out in the PSLRA. *See* 15 U.S.C. § 78u-4(a)(3).

As noted in the Court's previous orders in *Erdman* and *Widuck*, a telephone conference is currently scheduled in all three actions for October 15, 2021 at 10:00 a.m., on the following conference line: Call-in Number: (888) 363-4749; Access Code: 1015508. The Court is willing to adjust the timing of this conference if a different date would be more appropriate, and the joint letter described above should indicate if that is the case.

SO ORDERED.

Dated:      August 16, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge