UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/15/2021
```

In re CarLotz, Inc. Securities Litigation

Lead Case No. 21-CV-5906 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Having considered the motions of David Berger, the Kabacznik Brothers, Ishvar Sutariya, and George Bott to serve as lead plaintiff(s) in this consolidated action, and for the reasons stated on the record at today's telephone conference, it is hereby ordered that:

1. David Berger's motion to serve as Lead Plaintiff is granted, and the other motions are denied;

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Kahn Swick & Foti, LLC as Lead Counsel for the putative class;

3. As previously ordered by the Court, *see* Dkt. 14, on or before October 29, 2021, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating an existing complaint as the operative complaint, and for briefing on any motion to dismiss or response thereto. Until the Court adopts such a schedule, Defendants need not move, answer, or otherwise respond to the existing complaints.

The Clerk of Court is respectfully directed to terminate the motions pending at Docket Entries 17, 21, 24, and 28.

SO ORDERED.

Dated:   October 15, 2021
         New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge