**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE CARLOTZ, INC. SECURITIES
LITIGATION

Lead Case No. 1:21-cv-05906-RA

**ORAL ARGUMENT REQUESTED**

**DEFENDANTS' NOTICE OF MOTION**
**TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law in Support of their Motion to Dismiss the Second Amended Complaint and annexes attached thereto, the accompanying Declaration of Mary Eaton with exhibits, and all the pleadings filed in this action, all Defendants, by their undersigned counsel, hereby move this court, before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order dismissing with prejudice the Second Amended Complaint (ECF 54) pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 *et seq.*, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       June 21, 2022

Respectfully submitted,

/s/ Mary Eaton
Mary Eaton
Nicholas A. Caselli
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
mary.eaton@freshfields.com
nicholas.caselli@freshfields.com

*Counsel for Defendants CarLotz, Inc. (now known as CarLotz Group, Inc., and successor to Acamar Partners Sub, Inc. by merger), Acamar Partners Acquisition Corp. (now known as CarLotz, Inc.), Michael W. Bor, Rebecca Polak, and Thomas W. Stoltz*

/s/ Stephen P. Blake*
*Signature used with permission pursuant to S.D.N.Y. ECF Rule 8.5
Stephen P. Blake
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5153
sblake@stblaw.com

*Counsel for Acamar Partners Sponsor I LLC, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, James E. Skinner, Domenico De Sole, and Teck Wong*

cc:     All Counsel of Record by ECF Filing