UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CARLOTZ, INC. SECURITIES LITIGATION | 21-CV-5906 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The court will hold a hearing on the motion to dismiss and motion to strike on Wednesday, February 28, 2024, at 10:00 AM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: February 16, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge