UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CARLOTZ, INC. SECURITIES LITIGATION | 21-CV-5906 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at yesterday's hearing, Plaintiff may submit a letter, not to exceed 2 pages, to address the Section 11 issue by March 11, 2024. Defendants may submit a response, not to exceed 2 pages, by March 14, 2024.

In addition, by March 8, 2024, Defendants should send an email to the Court (cc'ing Plaintiffs) with the regulations that were referenced during the hearing.

SO ORDERED.

Dated: March 8, 2024
New York, New York

                                                 ARUN SUBRAMANIAN
                                            United States District Judge