# K|S|F
## KAHN SWICK & FOTI, LLC

250 Park Avenue, 7th Floor
New York, NY 10177

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

NEW ORLEANS
**NEW YORK**
DELAWARE
SAN FRANCISCO
CHICAGO
NEW JERSEY

December 9, 2024

Kim E. Miller
Partner – Admitted in NY & CA
Direct: 212.696.3732
kim.miller@ksfcounsel.com

*via ECF*

Hon. Arun Subramanian
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

   **Re:** *In re CarLotz Inc. Sec. Litig.*, No. 1:21-cv-05906-AS (S.D.N.Y.)

Dear Judge Subramanian:

  This firm represents Lead Plaintiff in the above-referenced action. We write with the permission of counsel to Defendants to advise the Court that the parties and the Trustee in Bankruptcy for Shift Technologies, Inc. (CarLotz Inc.'s successor) have executed a term sheet setting forth all material terms associated with the proposed settlement. The parties propose that Lead Plaintiff file a motion for preliminary approval of the settlement, which will include as an exhibit the parties' stipulation of settlement, by January 24, 2025.

  To that end, the parties also request a stay of all other proceedings, including the upcoming December 13, 2024 deadline for Lead Plaintiff to file his motion for class certification.

  The parties thank the Court for its consideration of this request and stand ready to promptly provide further information as directed.

Respectfully submitted,

*/s/ Kim E. Miller*
Kim E. Miller

Cc: All Counsel of Record (*via ECF only*)

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 173.

Arun Subramanian, U.S.D.J.
Date: December 10, 2024

---

Kahn Swick & Foti LLC, A Louisiana Limited Liability Company · New Orleans · New York · Delaware · Chicago · New Jersey

Kahn Swick & Foti LLP · San Francisco