UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CARLOTZ, INC. SECURITIES LITIGATION |
|---|

21-cv-5906 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The settlement fairness hearing currently scheduled for Tuesday, June 10, 2025, at 1:00 PM is hereby rescheduled to **5:00 PM** the same day.

SO ORDERED.

Dated: June 5, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge