UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CARLOTZ, INC. SECURITIES LITIGATION | 21-cv-5906 (AS) |
|---|---|
| | ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at June 10, 2025 hearing, and in the submissions in support of the settlement and fee and expense awards, the Court intends to overrule the pending objections, and approve the motion for approval of the settlement, Dkt. 180, and the motion for attorneys' fees, expenses, and service awards, Dkt. 182.

At the hearing, plaintiffs' counsel addressed at length why the two objections raised with respect to the settlement lacked merit (two objections against 50,000 claims submitted), and the reasons why both the settlement and award requests (there were no objections as to the fees, service awards, or expenses requested) comport with the governing standards. As reflected on the record, the two objectors were apprised of the hearing date and time, and access information for the remote line set up for the hearing. Neither objector attended the hearing.

Plaintiffs' counsel is hereby ordered to submit a revised proposed order that reflects the changes discussed at the hearing. To ensure that the objectors are fully heard, plaintiffs' counsel should furnish this order to the objectors. If the objectors wish to file any further submission in support of their objections, they must do so by June 12, 2025, at 5:00 PM.

SO ORDERED.

Dated: June 11, 2025
       New York, New York

                                                 ARUN SUBRAMANIAN
                                                 United States District Judge