UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CARLOTZ, INC. SECURITIES LITIGATION | 21-cv-5906 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Although objectors Xinbao and Fen Wang requested the opportunity to remotely attend the settlement fairness hearing on June 10, 2025, it appears that lead counsel did not provide the remote dial-in information to the Wangs as ordered by the Court. *See* Dkt. 191. Accordingly, the parties are hereby ORDERED to appear for a supplemental hearing on **July 2, 2025**, at **4:00 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **865 639 215**, followed by the pound (#) sign. Lead counsel is hereby ORDERED to provide the Wangs with a copy of this order via email and certified mail.

Lead counsel is also ordered to submit to the Court a revised proposed order that reflects the changes discussed at the initial hearing by June 30, 2025. A copy of this order should be furnished to the Wangs prior to the hearing on July 2, 2025.

SO ORDERED.

Dated: June 18, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge