UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**IN RE CARLOTZ, INC. SECURITIES LITIGATION**
Case No. 1:21-cv-05906-AS (S.D.N.Y.)

# NOTICE OF APPEAL

Notice is hereby given that **Xinbao Wang and Fen Wang**, Settlement Class Members who timely objected to the proposed settlement, hereby appeal to the **United States Court of Appeals for the Second Circuit** from:

1. **The Final Judgment and Order of Dismissal with Prejudice entered on July 7, 2025 (Dkt. No. 205);**
2. **The Order entered on June 11, 2025, overruling objections and granting the Motion for Final Approval of Settlement and Motion for Attorneys' Fees and Expenses (Dkt. No. 189);** and
3. **All findings, determinations, and rulings incorporated therein relating to settlement approval, the Plan of Allocation, attorney's fees, insider liability releases, service awards, and any constitutional or due process issues arising under Rule 23(e) and the Fifth Amendment.**

This appeal encompasses all related orders, rulings, and determinations adverse to Objectors that were issued in connection with settlement approval, notice adequacy, fairness findings, procedural due process, and attorney compensation, and it preserves all issues of federal constitutional and systemic importance for further appellate review.

Dated: **July 16, 2025**

Respectfully submitted,

/s/ Xinbao Wang
XINBAO WANG
1404 N Thayer Ave
Ellensburg, WA 98926
(509) 859-6114
synbaxp6@gmail.com

/s/ Fen Wang
FEN WANG
1404 N Thayer Ave
Ellensburg, WA 98926
(509) 859-6114
vinnowang@gmail.com

**Objectors/Appellants, Pro Se**

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2025**, I submitted the foregoing **Notice of Appeal** to the Pro Se Intake Unit of the United States District Court for the Southern District of New York by email to **ProSe@nysd.uscourts.gov**. I understand that upon docketing, notice will be automatically provided to all counsel of record via the Court's CM/ECF system.

Dated: July 16, 2025

/s/ Xinbao Wang
XINBAO WANG, Pro Se

/s/ Fen Wang
FEN WANG, Pro Se