UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CARLOTZ, INC. SECURITIES LITIGATION | 21-cv-5906 (AS) <br><br> <u>ORDER</u> |
|---|---|

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiffs have moved for an appeal bond, asking the Court to order the Wangs to post a bond in the total amount of $22,500. See Dkt. 227. The Wangs are hereby ordered to file any opposition to this motion by September 18, 2025. Plaintiffs' reply is due September 25, 2025.

    SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge